UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 19-cv-00394-CEH-SPF

AUSTIN BOROZNY, individually
and on behalf of all others similarly situated,

    Plaintiff,
vs.

BLUE WATER RESORT AMI LLC,
a Florida limited liability company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, AUSTIN BOROZNY, (hereinafter referred to as "Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, BLUE WATER RESORT AMI LLC, (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties twenty (20) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

    Respectfully submitted,

    **The Advocacy Group**
    *Counsel for Plaintiff*
    200 S.E. 6th Street, Suite 504
    Fort Lauderdale, FL 33301
    Telephone: (954) 282-1858
    Email: service@advocacypa.com

    */s/ Jessica L. Kerr*
    Jessica L. Kerr, Esq.
    Florida Bar No. 92810

**CERTIFICATE OF SERVICE**

I certify that on March 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ *Jessica L. Kerr*
Jessica L. Kerr, Esq.
Florida Bar No. 92810