UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUSTIN BOROZNY,

    Plaintiff,

v.                                Case No: 8:19-cv-394-T-36SPF

BLUE WATER RESORT AMI LLC,

    Defendant.
_____/

**ORDER**

Before the Court is the Voluntary Dismissal with Prejudice (Doc. 11). In accord with the Voluntary Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)    The Voluntary Dismissal with Prejudice is **APPROVED** (Doc. 11).

2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 2, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record